June 21, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

J & L CONSULTING AND LESLIE L. LAGERQUIST, D.D.S., Appellants

NO. 14-12-00326-CV                          V.

JAMES B. HANIGAN, JAMES B. HANIGAN, D.D.S., M.S., P.C., Appellees

_____

 This cause, an appeal from the judgment in favor of appellees, James B. Hanigan, James B. Hanigan, D.D.S., M.S., P.C., signed, January 19, 2012, was heard on the transcript of the record.  On joint motion of the parties, we order the appeal **DISMISSED**.

 We order the parties to each pay their costs incurred in this appeal.

 We further order that mandate be issued immediately.

 We further order this decision certified below for observance.